LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No.: 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: longyear@longyearlaw.com
cahill@longyearlaw.com
mahoney@longyearlaw.com

Attorneys for Defendants,
City of Lemoore and Officer Dustin Moses

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| EMILY OGO, individually and as successor in interest to TERRENCE OGO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LEMOORE; DUSTIN MOSES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:26-CV-07141-JLT-EPG<br><br>**DECLARATION OF ALEXANDER MAHONEY IN SUPPORT OF THE PARTIES' STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND A CONTINUANCE OF THE MANDATORY SCHEDULING CONFERENCE** |

I, Alexander Mahoney, declare:

1. I am an attorney licensed to practice before all courts of the State of California. I am an associate with the law firm of Longyear, Lavra & Cahill, LLP, attorneys of record for Defendants City of Lemoore ("City") and Dustin Moses.

2. I have personal knowledge of the following facts, and if called upon to do so, I could competently testify to them.

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants' responsive pleading was due on October 1, 2026.

4. It is my understanding that on November 10, 2026, Defendants' third-party claims administrator spoke with Plaintiff's counsel over the phone about the City's responsive pleading deadline.

5. It is my understanding that, during the November 10 conversation, Plaintiff's counsel granted the City an informal, open-ended extension of its responsive pleading deadline.

6. The next day, on November 11, 2026, Defendants retained the undersigned counsel ("Defense Counsel").

7. Immediately upon retention, my office contacted Plaintiff's counsel to clarify Defendants' responsive pleading deadline.

8. Based on my review of the file, Plaintiff's counsel stated that she was willing to stipulate to a three-week extension of the same, as well as to request that the Court continue its MSC.

9. Defendants are working diligently to prepare and file a responsive pleading.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and if called upon to testify to the matters contained herein I could competently do so. This declaration is executed on this 16th day of November 2026.

ALEXANDER MAHONEY