LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney, CSB No.: 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: longyear@longyearlaw.com
cahill@longyearlaw.com
mahoney@longyearlaw.com

Attorneys for Defendants,
City of Lemoore and Officer Dustin Moses

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

EMILY OGO, individually and as successor in interest to TERRENCE OGO, deceased,

Plaintiff,

v.

CITY OF LEMOORE; DUSTIN MOSES; and DOES 1-10, inclusive,

Defendants.

Case No.: 1:26-CV-07141-JLT-EPG

**NOTICE OF APPEARANCE**

TO COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicole M. Cahill enters her appearance as additional counsel on behalf of Defendants City of Lemoore and Officer Dustin Moses.

Please add Nicole M. Cahill to the service list for all further pleadings and correspondence.

Nicole M. Cahill, CSB No.: 287165
LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: cahill@longyearlaw.com

/ / /

/ / /

Dated: November 18, 2026

LONGYEAR, LAVRA & CAHILL, LLP

By: /s/ Nicole M. Cahill
VAN LONGYEAR
NICOLE M. CAHILL
ALEXANDER MAHONEY
Attorneys for Defendants,
City of Lemoore and Officer
Dustin Moses